



**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Johane Severin
212.497.2666 direct
212.583.9600 main
jseverin@littler.com

> Application **GRANTED**. Defendants shall respond to Plaintiff's Amended Complaint by **May 24, 2024**.
>
> Additionally, in light of the Plaintiff's filing of the Amended Complaint, Defendants Motion to Dismiss, ECF No. 21, is hereby **MOOT**.
>
> SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF Nos. 21 and 27.
>
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: May 16, 2024

May 14, 2024

**BY ECF**

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Christopher Rodriguez v. Equinox Holdings, Inc., et. al.*, 1:24-cv-01238

Dear Judge Ho:

     This firm represents the Defendants in the above-referenced action. I write in accordance with Rule 2(e) of your Individual Practices, and with Plaintiff's consent, to request an extension – from May 16, 2024 to May 24, 2024 – to respond to the Amended Complaint. This is the Defendants' first request for an extension. An extension is necessary because of the press of other matters, competing deadlines, and our desire to ensure that the Defendants have adequate time to review our response. There are no other deadlines in this case. Thank you for your consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Johane Severin

Johane Severin

littler.com