


# C R U M I L L E R P.C.

May 28, 2024

Application GRANTED. Plaintiff's opposition is due by **June 14, 2024**. This Order will have no effect on any pending deadlines before the Court. SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 31.

Dale E. Ho                          New York, New York
United States District Judge        Dated: May 30, 2024

*VIA ECF*
Honorable Judge Dale E. Ho, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

RE:     *Christopher Rodriguez v. Equinox Holdings, Inc., et al.*, Case No. 1:24-cv-01238

Dear Judge Ho,

This firm represents Plaintiff Christopher Rodriguez in the above-referenced matter. Plaintiff submits this letter motion to respectfully request an extension of the Court's deadline to file an opposition to Defendants' Partial Motion to Dismiss from June 7, 2024, to June 14, 2024.

This is Plaintiff's first request for extension regarding Defendants' Motion to Dismiss, Dkt. No. 29, filed on May 24, 2024. Defendants have consented to Plaintiff's request for extension. Plaintiff respectfully requests an extension as Plaintiff's counsel has several competing deadlines in other matters within the next two weeks.

Additionally, in light of Defendants' pending Motion, we respectfully request the Court's guidance on the impending Joint Letter and Case Management Plan to be submitted on June 12, 2024, as well as the initial pretrial conference scheduled for June 20, 2024. *See* Dkt. No. 15.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Olivia Davis

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com