UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER RODRIGUEZ,<br><br>                        Plaintiff,<br><br>           v.<br><br>EQUINOX HOLDINGS, INC., et al.,<br><br>                      Defendants. | 24 Civ. 1238 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **June 12, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **June 20, 2024,** at **11:00 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order—as well as the requested settlement referral order—will issue separately.

SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
DALE E. HO
United States District Judge
