Application GRANTED IN PART. The parties shall adhere to the following schedule in light of their extension request:
1. all expert discovery shall be completed by February 28, 2025;
   a. the parties may jointly determine intermediary expert deadlines without consent of the Court;
2. the parties shall submit a joint status letter on March 3, 2025;
3. the case management conference will occur on March 6, 2025.

The amended case management plan will issue separately.  SO ORDERED.

**MEMO ENDORSED**

*Via ECF*
Honorable Dale E. Ho, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: December 17, 2024
New York, New York

RE:   *Christopher Rodriguez v. Equinox Holdings, Inc., et al.*, Case No. 1:24-cv-01238

Dear Judge Ho,

Plaintiff writes jointly with Defendants to submit a proposed amended Case Management Plan at this Court's request, in light of the simultaneous settlement negotiations between the Parties. *See* ex. A. The Parties propose the following alternative dates for the completion of Expert Discovery, Joint Status Letter, and Case Management Conference following the Close of Discovery:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of fact discovery | January 17, 2025 |  |
| Parties' expert disclosures | January 17, 2025 |  |
| Completion of Expert Discovery | January 31, 2025 | February 28, 2025 |
| Joint Status Letter | February 12, 2025 | March 12, 2025 |
| Case Management Conference | February 20, 2025 | March 20, 2025 |

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Olivia Davis

cc: All counsel of record

(212) 390-8480 | 16 Court St, Ste 2500, Brooklyn, NY 11241 | crumiller.com